UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRE REIT SUMMIT 3 HOLDINGS LLC,

Plaintiff(s),

v.

JTM CONSTRUCTION INC, et al.,

Defendant(s).

CASE NO. C26-2225-KKE

ORDER REMANDING MATTER TO KING COUNTY SUPERIOR COURT

On May 28, 2026, Plaintiffs KRE Reit Summit 3 Holdings, LLC and KRE Summit 3 Owner, LLC ("Plaintiffs") filed a complaint in in King County Superior Court asserting breach of contract and negligence claims against Defendants JTM Construction Inc., Crown Corr Inc., and LMN Architects LLP. Dkt. No. 7-4. On June 29, 2026, Crown Corr filed a notice of removal of the action to this Court, asserting diversity jurisdiction. Dkt. No. 7 at 2. Plaintiffs filed a motion to remand the action to state court. Dkt. No. 4. Though Plaintiffs' initial motion for remand was noted for July 24, 2026, on July 17, 2026, the parties filed a consent motion and stipulation to remand this action to King County Superior Court. Dkt. No. 21. In their consent motion, Plaintiffs stipulate that "one or more of Plaintiffs' parent companies have a principal office in Washington and individual LLC members within the Plaintiffs' ownership chain are citizens of Washington." *Id.* at 1–2. The parties therefore agree that they are not diverse, and the Court lacks jurisdiction over the action. *Id.* at 2 (citing 28 U.S.C. § 1332(a)(1)). Because the Court lacks jurisdiction over

ORDER REMANDING MATTER TO KING COUNTY SUPERIOR COURT - 1

this action, the Court GRANTS the parties' consent motion and stipulation to remand.  Dkt. No. 21.  The Court STRIKES the previously filed motion to remand.  Dkt. No. 4.  The Court DIRECTS the Clerk to remand this action to King County Superior Court, Civil Case No. 26-2-17372-9 SEA, and to administratively close this case.

Dated this 17th day of July, 2026.

Kymberly K. Evanson
United States District Judge